UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DWIGHT ANDRE WILLIAMS,<br><br>                      Plaintiff,<br><br>       -against-<br><br>URBAN PATHWAYS INC.,<br><br>                      Defendant. | 20-CV-2007 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued April 21, 2020, dismissing the complaint, with 30 days' leave,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 25, 2020
           New York, New York

                                                                                       Louis L. Stanton
                                                                                          U.S.D.J.